IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLY GHOST CARPATHO-RUSSIAN GREEK CATHOLIC (ORTHODOX) CHURCH OF THE EASTERN RITE OF PHOENIXVILLE, PA, et al. <br>    Plaintiffs, <br> v. <br><br> CHURCH MUTUAL INSURANCE COMPANY, <br>    Defendant. | CIVIL ACTION <br> NO. 11-1800 |

### ORDER

**AND NOW,** this 14th day of November 2011, upon review of the Defendant's Motion to Dismiss [Doc. No. 6], Plaintiff's Response [Doc. No. 9], and Defendant's Reply [Doc. No. 11], and for the reasons stated in the attached Memorandum Opinion, it is hereby **ORDERED** that the Motion to Dismiss is **GRANTED.** The case is **DISMISSED WITH PREJUDICE.**

The Clerk of Court is **DIRECTED** to mark this case **CLOSED.**

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**